IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| vs.                        ] | NO. 3:15-MJ-677-BN |
| ] | |
| JENNIFER LYNN DAUGHERTY | |

### DETENTION ORDER

On September 23, 2015, the above-named Defendant, represented by counsel, appeared before the Magistrate Court for a probable cause and detention hearing. The Defendant having presented evidence as did the Government and the Court having reviewed the evidence finds there is probable cause to believe Ms. Daugherty committed the crimes as charged in the complaint and would be a flight risk and a danger to the safety of the community if released from custody during the pendency of this action. Ms. Daugherty is a citizen of the United States. She does not have any ties to Texas. She lives with her family in Wisconsin. Ms. Daugherty traveled to Texas for the purposes of taking a 15 year old child across state lines for the purpose of sexual relations. This is a crime of violence. Ms. Daugherty does not have a criminal history.

The Government has moved for detention alleging this is a crime of violence and alleged that there is no condition or combination of conditions that would reasonably assure the Defendant's presence at future court appearances or protect the safety of the community. This Court does find Ms. Daugherty to be a danger to the safety of the community and a risk of non-appearance. The Court finds there are no conditions or combination of conditions that would

reasonably assure Ms. Daugherty' appearance at future court appearances and protect the safety of the community.

Therefore, the Court finds there is no condition or combination of conditions of release which could be set which would reasonably assure Ms. Daugherty's appearance at future court appearances and protect the safety of the community.

It is ORDERED that Defendant be, and she is hereby, committed to the custody of the Attorney General and United States Marshal's for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal, and that Defendant, while being so held, be afforded reasonable opportunity for private consultation with her counsel.

It is further ORDERED that, on an Order of a Court of the United States or at the request of the attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceedings in the Northern District of Texas.

Signed this 23rd day of September, 2015.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

2