**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2015 NOV 18  AM 10:52
DEPUTY CLERK _____

| | |
|---|---|
| UNITED STATES OF AMERICA | No. |
| v. | |
| JENNIFER LYNN DOUGHERTY | 3-15CR-532-K |

INDICTMENT

The Grand Jury Charges:

Count One
Travel with Intent To Engage in Criminal Sexual Activity
(Violation of 18 U.S.C. § 2423(b))

On or about August 11, 2015, in the Dallas Division of the Northern District of Texas, and elsewhere, the defendant, **Jennifer Lynn Dougherty**, knowingly traveled in interstate or foreign commerce for the purpose of engaging in illicit sexual conduct with another person as defined in 18 U.S.C. § 2423(f), by traveling from Wisconsin to Texas to engage in sexual acts, including sexual intercourse with an individual she believed to be under the age of 18.

In violation of 18 U.S.C. § 2423(b).

<u>Count Two</u>
Travel with Intent To Engage in Criminal Sexual Activity
(Violation of 18 U.S.C. § 2423(b))

On or about September 12, 2015, in the Dallas Division of the Northern District of Texas, and elsewhere, the defendant, **Jennifer Lynn Dougherty**, knowingly traveled in interstate or foreign commerce for the purpose of engaging in any illicit sexual conduct with another person as defined in 18 U.S.C. § 2423(f), by traveling from Wisconsin to Texas to engage in sexual acts, including sexual intercourse with an individual she believed to be under the age of 18.

In violation of 18 U.S.C. § 2423(b).

<u>Count Three</u>
Transportation of a Minor with Intent to Engage In Criminal Sexual Activity
(Violation of 18 U.S.C. § 2423(a))

On or about September 14, 2015, in the Dallas Division of the Northern District of Texas, the defendant, **Jennifer Lynn Dougherty**, knowingly transported an individual who had not attained the age of 18 years in interstate or foreign commerce, with intent that John Doe engage in sexual activity for which a person can be charged with a criminal offense, by transporting John Doe, an individual known to the Grand Jury, from Texas to Wisconsin to engage in sexual acts, including sexual intercourse with John Doe, whom she knew was under the age of 18.

In violation of 18 U. S. C. § 2423(a).

<u>Forfeiture Notice</u>
(18 U.S.C. § 2253)

Upon conviction of any of the offenses alleged in Counts One through Three and pursuant to 18 U.S.C. § 2428(a), **Jennifer Lynn Dougherty**, the defendant, shall forfeit to the United States of America (a) any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offense; and (b) any property, real or personal, that constitutes or is derived from proceeds traceable to the offense, including but not limited to the following:   1) Apple iPhone 5 S/N FFMNJ4HMG07M, 2) Apple iPhone 4 S/N DQJJC3XSDP0N.

A TRUE BILL

*/s/ [signature]*
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

*/s/ Camille E. Sparks*
CAMILLE E. SPARKS
Assistant United States Attorney
Texas State Bar No. 00790878
1100 Commerce Street, Third Floor
Dallas, Texas   75242-1699
Telephone: 214.659.8600
Facsimile: 214.659.8809
Camille.Sparks@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

JENNIFER LYNN DOUGHERTY

INDICTMENT

18 U.S.C. § 2423(b)
Travel with Intent to Engage in Criminal Sexual Activity

18 U.S.C. § 2423(a)
Transportation of a Minor with Intent to Engage in Criminal Sexual Activity

18 U.S.C. § 2253
Forfeiture Notice

(3 COUNTS)

A true bill rendered:

DALLAS                                    FOREPERSON

Filed in open court this 18th day of November 2015.

In Federal Custody: No Warrant to Issue

UNITED STATES MAGISTRATE JUDGE